# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUALTONE,<br><br>　　　　　　Defendant. | CASE NO. 11-CV-890 JLS (BLM)<br><br>**ORDER: (1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; (2) DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL; (3) DISMISSING COMPLAINT WITH PREJUDICE**<br><br>(Doc. Nos. 2, 3) |

　　　　Plaintiff Grace L. Sandoval, proceeding pro se, has filed a complaint (Doc. No. 1), along with a motion for leave to proceed *in forma pauperis* (IFP) (Doc. No. 2) and a request for appointment of counsel (Doc. No. 3). Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's motion for leave to proceed IFP. The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. *See* 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief. The complaint is but one in a series of frivolous complaints Plaintiff has filed. Because "it is absolutely clear that the deficiencies in the complaint could not be cured by amendment," the Court **DISMISSES** the complaint **WITH PREJUDICE**. *Franklin v. Murphy*, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984). As such, the Court **DENIES AS MOOT** Plaintiff's request for appointment of counsel.

　　　　**IT IS SO ORDERED.**

DATED: May 2, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge